IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YOSMARY MARTELL-MACIA PETITIONER

VERSUS CIVIL ACTION NO. 5:26-cv-901-DCB-BWR

WARDEN, Adams County Correctional Center,
And FIELD OFFICE DIRECTOR, New Orleans Field
Office, U.S. Immigration and Customs Enforcement RESPONDENTS

# ORDER

This matter is before the Court on pro se Petitioner Yosmary Martell-Macia's (A# 240-652-057) Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [1], Motion for Temporary Restraining Order or Preliminary Injunction [2], and Amended Petition [4].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). "[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435. The proper Respondents are the Warden, Adams County Correctional Center, and perhaps, Field Office Director, New Orleans Field

[1] Petitioner paid the filing fee on November 9, 2026.

Office, United States Immigration and Customs Enforcement. The Court will direct Respondents to file an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that Warden, Adams County Correctional Center, and Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, are the proper Respondents and any others listed as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with his or her answer or other responsive pleadings any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1], Motion for Temporary Restraining Order or Preliminary Injunction [2], Amended Petition [4], and a copy of this Order upon the **Attorney General of the United States**, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D. C. 20530-0001.

**IT IS FURTHER ORDERED** that upon delivery of this Order via electronic service, the **Warden of Adams County Correctional Center (Warden)** shall download and take notice of the Petition [1], Motion for Temporary Restraining Order or Preliminary Injunction [2], and Amended Petition [4] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the Warden. Such action shall constitute service on the Warden.

IT IS FURTHER ORDERED that upon delivery of this Order via electronic service, the **Civil Process Clerk** for the United States Attorney's Office for the Southern District of Mississippi (USA) on behalf of said **United States Attorney** shall download and take notice of the Petition [1], Motion for Temporary Restraining Order or Preliminary Injunction [2], and Amended Petition [4] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the USAO. Such action shall constitute service on the United States Attorney.

**SO ORDERED**, this 10th day of November, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE